# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127667

COLLETTE BIELAT and EDWARD BIELAT,
  Plaintiffs,

and

CALVIN JENNETT and WIESLAWA JENNETT,
  Plaintiffs-Appellees,

v

SOUTH MACOMB DISPOSAL AUTHORITY,
  Defendant-Appellant,

and

MACOMB TOWNSHIP,
  Defendant.
_____/

SC: 127667
COA: 249147
Macomb CC: 1984-000612-AA

   On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

_____
Clerk

d1010